# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KEITH BOX, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:13-CV-1052 CAS |
| TROY STEELE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion to reconsider the dismissal of this action, without prejudice, pursuant to Fed.R.Civ.P.41(b). Alternatively, plaintiff's case was dismissed as a result of his failure to comply with Fed.R.Civ.P. 8, 10 and 20, in the filing of his sixth amended complaint.

Plaintiff, an inmate at Jefferson City Correctional Center ("JCCC"), brought the instant action pursuant to 42 U.S.C. § 1983, and in a plethora of filings before this Court, he showed a complete disregard for this Court's specific instructions, the Federal Rules of Civil Procedures and this Court's Local Rules. After allowing plaintiff some leeway, due to his pro se status, the Court finally dismissed plaintiff's sixth amended complaint, pursuant to Fed.R.Civ.P. 41(b), or alternatively, pursuant to Fed.R.Civ.P. 8, 10 and 20.

In his motion for reconsideration of the dismissal of his action, plaintiff merely repeats his allegations of defendants' unlawful behavior. However, he fails to address his inability to abide by the Federal Rules of Civil Procedure and this Court's specific instructions and the Court's Local Rules. As such, there are no grounds in plaintiff's motion upon which the Court may reconsider the dismissal of plaintiff's sixth amended complaint.

Regardless, the Court notes that at the same time plaintiff filed his motion for reconsideration, he also filed a notice of appeal of the dismissal of this action. See Doc. 62. Upon the filing of the notice of appeal, this Court lost jurisdiction to grant plaintiff's motion for reconsideration. See Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982) (holding that "filing of a notice of appeal is an event of jurisdictional significance – it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.").

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration of the dismissal of this action is **DENIED**. [Doc. 61]

*[signature]*

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 2nd day of May, 2014.