UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH BOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:13-CV-1052 CAS |
| ) | |
| TROY STEELE, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's post-dismissal "motion under imminent danger." This case was dismissed, without prejudice, pursuant to Fed.R.Civ.P.41(b), on April 17, 2014. Alternatively, plaintiff's case was dismissed as a result of his failure to comply with Fed.R.Civ.P.8, 10 and 20, in the filing of his sixth amended complaint.

Plaintiff's motion for reconsideration of the dismissal was denied on May 2, 2014, wherein, like in the present motion, plaintiff merely repeated his allegations of defendants' unlawful behavior. As noted in the Court's Memorandum and Order denying his motion for reconsideration, the filing of a notice of appeal in this action removed jurisdiction of this matter to the Court of Appeals. See Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982) (holding that "filing of a notice of appeal is an event of jurisdictional significance – it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."). As such, the Court will not accept any additional filings from plaintiff in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "motion under imminent danger" is **DENIED**. [Doc. 65]

**IT IS FURTHER ORDERED** that the Clerk shall not accept any additional motions or documents from plaintiff for filing in this action. All documents and motions mailed to the Court by plaintiff shall be returned as set forth in this Memorandum and Order.

                                                     **CHARLES A. SHAW**
                                                     **UNITED STATES DISTRICT JUDGE**

Dated this 29th day of May, 2014.